**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Montauk Transit Service LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **45-3526728** |

**4. Debtor's address**

Principal place of business

**3601 Horseblock Road**
**Medford, NY 11763**
Number, Street, City, State & ZIP Code

**Suffolk**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Montauk Transit Service LLC**_____    Case number (*if known*)_____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____4854____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District |_____| When |____| Case number |_____|
| | District |_____| When |____| Case number |_____|

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District |_____| When |____| Case number, if known |_____|

Debtor    **Montauk Transit Service LLC**                                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    <u>**Montauk Transit Service LLC**</u>    Case number (*if known*) _____
Name

▊    Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____    **John Mensch**
Signature of authorized representative of debtor    Printed name

Title   **Member** _____

**18. Signature of attorney**    X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

**Marc A. Pergament**
Printed name

**Weinberg, Gross & Pergament LLP**
Firm name

**400 Garden City Plaza
Suite 403
Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone   **(516) 877-2424**    Email address _____

**NY** _____
Bar number and State

Debtor    __Montauk Transit Service LLC__                            Case number *(if known)* _____
                    Name

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____        Chapter    __11__ |

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor    __East End Bus Lines, Inc.__                    Relationship to you    _____
District  _____    When  _____    Case number, if known  _____
Debtor    __Montauk Student Transport LLC__              Relationship to you    _____
District  _____    When  _____    Case number, if known  _____

**United States Bankruptcy Court**
**Eastern District of New York**

In re   Montauk Transit Service LLC _____      Case No. _____

_____ Debtor(s)      Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____

_____
John Mensch/Member
Signer/Title

Date: _____

_____
Signature of Attorney
**Marc A. Pergament**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
**(516) 877-2424   Fax: (516) 877-2460**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Advantage Funding
15450 South Outer Forty Drive, Suite 22
Chesterfield, MO 63017

Ascentis Corporation
11040 Main Street, Suite 101
Bellevue, WA 98004

Bridgehampton National Bank
194 Mill Road
Westhampton Beach, NY 11978

Call-A-Head
304 Crossbay Blvd.
Broad Channel, NY 11693

Chiesa Shahinian & Giantomasi PC
11 Times Square, 31st Floor
New York, NY 10036

Commercial Credit Group
169 Commack Road, Suite 236
Commack, NY 11725

DeLage Landen
1111 Old Eagle School Road
Wayne, PA 19087

East End Bus Lines, Inc.
3601Horseblock Road
Medford, NY 11763

East End Bus Lines, Inc.
3601 Horseblock Road
Medford, NY 11763

Flushing Automotive Financial Services
135 Haven Avenue
Port Washington, NY 11050

Internal Revenue Service
Special Procedures
2 Metrotech Center
100 Myrtle Avenue
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7349
Philadelphia, PA 19101-7346


Montauk Student Transport LLC
3601 Horseblock Road
Medford, NY 11763


NYS Dept. of Taxation and Finance
Bankruptcy Unit Special Procedure
P.O. Box 5300
Albany, NY 12205-0300


State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08646-0059


State of New York
Office of Attorney General
120 Broadway
New York, NY 10271


Trans Ed
24 Beckwoth Avenue
Paterson, NJ 07503


United States Attorney
Chief of Civil Division
271 Cadman Plaza
Brooklyn, NY 11201


United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Attn: Long Island Bankruptcy Processing
Central Islip, NY 11722-4454


US Dept. of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Wells Fargo
Bankruptcy Dept. MAC-X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715


Wells Fargo Financial Servivces
123 S Broad Street, 9th Floor
Philadelphia, PA 19109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                              Chapter 11

Montauk Transit Service LLC,                        Case No.


        Debtor.                           CORPORATE RESOLUTION

---------------------------------------------------------X


        The undersigned, the Member Manager of Montauk Transit Service LLC, a

corporation existing under the laws of the State of New York does hereby certify that a duly called

meeting of the directors of Montauk Transit Service LLC, the following resolutions were adopted,

and have not been modified or rescinded, and are still in full force and effect:

        "Resolved, that in the judgment of the shareholders and directors, it is desirable and

in the best interest of the corporation, that John Mensch, Member Manager of the Corporation, be

empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation

upon such date, and in the event, in his discretion, such action should be necessary for the protection

of the corporation and preservation of its assets without further notice to the directors of Montauk

Transit Service LLC, and it is further

        Resolved, that John Mensch be and hereby is, authorized to execute and file all

petitions, schedules, lists and other papers and to take any and all action which he may deem necessary

and proper in connection with such proceedings under Chapter 11, and in that connection, to retain

and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals

which they may deem necessary or proper with a view towards a successful conclusion of such a

reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 13th day of

September 2018.

John Mensch, Member Manager

Fill in this information to identify the case:

Debtor name __Montauk Transit Service LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Advantage Funding**<br>Creditor's Name<br><br>**15450 South Outer Forty Drive, Suite 22**<br>**Chesterfield, MO 63017**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Buses** | $76,567.27 | $90,000.00 |
| | Describe the lien<br>**DMV**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**9515, 1611** | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2  Commercial Credit Group**<br>Creditor's Name<br><br>**169 Commack Road, Suite 236**<br>**Commack, NY 11725**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Busses** | $1,138,783.92 | $1,000,000.00 |
| | Describe the lien<br>**DMV**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**2001, 1504, 1505, 1503** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Montauk Transit Service LLC**        Case number (if know) _____
        Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **DeLage Landen** | Describe debtor's property that is subject to a lien | $256,683.77 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Busses**

Describe the lien
**DMV**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2527**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 | **Flushing Automotive Financial Services** | Describe debtor's property that is subject to a lien | $318,560.34 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**135 Haven Avenue**
**Port Washington, NY 11050**
Creditor's mailing address

Describe the lien
**Lease**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**Auk4,K4nJ**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **Trans Ed** | Describe debtor's property that is subject to a lien | $534,899.25 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**24 Beckwoth Avenue**
**Paterson, NJ 07503**
Creditor's mailing address

**Busses**

Describe the lien
**DMV**
**Is the creditor an insider or related party?**
- ■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Montauk Transit Service LLC** | | Case number (if know) | |
| | Name | | | |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Wells Fargo Financial Serivvces** | | | | $257,169.65 | $450,000.00 |

Creditor's Name
**123 S Broad Street, 9th Floor**
**Philadelphia, PA 19109**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Buses**

**Describe the lien**
**DMV**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**1700,1701**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,582,664.20**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Chiesa Shahinian & Giantomasi PC**<br>**11 Times Square, 31st Floor**<br>**New York, NY 10036** | Line __2.6__ | |
| **Wells Fargo**<br>**Bankruptcy Dept. MAC-X7801-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715** | Line __2.6__ | |

---

**Fill in this information to identify the case:**

Debtor name    **Montauk Transit Service LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures**<br>**2 Metrotech Center**<br>**100 Myrtle Avenue**<br>**Brooklyn, NY 11201**<br>Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: | $109,740.86 | $109,740.86 |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**NYS Dept. of Taxation and Finance**<br>**Bankruptcy Unit Special**<br>**Procedure**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300**<br>Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: | $10,000.00 | $10,000.00 |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    48906    Best Case Bankruptcy

| Debtor | **Montauk Transit Service LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,926.50 |
|---|---|---|---|

**Ascentis Corporation**
11040 Main Street, Suite 101
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000,000.00 |
|---|---|---|---|

**Bridgehampton National Bank**
194 Mill Road
Westhampton Beach, NY 11978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.90 |
|---|---|---|---|

**Call-A-Head**
304 Crossbay Blvd.
Broad Channel, NY 11693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __KTRT__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,525.95 |
|---|---|---|---|

**State of New Jersey**
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08646-0059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6728__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>P.O. Box 7349<br>Philadelphia, PA 19101-7346 | Line __2.1__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **State of New York**<br>Office of Attorney General<br>120 Broadway<br>New York, NY 10271 | Line __2.2__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **United States Attorney**<br>Chief of Civil Division<br>271 Cadman Plaza<br>Brooklyn, NY 11201 | Line __2.1__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **United States Attorney's Office**<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Attn:  Long Island Bankruptcy Processing<br>Central Islip, NY 11722-4454 | Line __2.1__<br>☐ Not listed. Explain ____ | __ |

---

| Debtor | Montauk Transit Service LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **US Dept. of Justice, Tax Division**<br>**Box 55**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | Line **2.1** <br> ☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 119,740.86 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 4,054,125.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,173,866.21 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re:                                                    Chapter 11

Montauk Transit Service LLC,                              Case No.

           Debtor.                          Affirmation Under Local
                                                         Bankruptcy Rule 1007-4

------------------------------------------------------------X

        John Mensch, duly affirms under the penalties of perjury as follows:

        1.     I am the Member Manager of Montauk Transit Service LLC, the above-named debtor (hereinafter "Debtor"). I submit this affirmation in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

        2.     The principal office of the Debtor is located in this district at 3601 Horseblock Road, Medford, New York.

        3.     The Debtor's taxpayer identification number is 45-3526728.

        4.     There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

        5.     No official or unofficial committee of creditors of the Debtor has been organized as of this date.

        6.     No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

        7.     The Debtor's principal books and records are located at 3601 Horseblock Road, Medford, New York.

        8.     A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9.    During the pendency of these proceedings, the Debtor intends to continue its operations in transportation.

10.    The Debtor operates its business from 3601 Horseblock Road, Medford, New York.

11.    It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small profit.

12.    No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.    The Debtor does not have any assets located outside the territorial limits of the United States.

14.    It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

Dated:  Garden City, New York
        September 13, 2018

_____
John Mensch